

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Loretta M. Gastwirth, Esq.*
*Ext. 119*
*Email: lgastwirth@meltzerlippe.com*

February 13, 2019

**Via ECF**
Honorable Katherine Polk Failla
U.S. District Court, S.D.N.Y.
40 Foley Square
New York, New York 10007

   Re: <u>Ocasio, et al. v. 1555 Grand Concourse LLC, et al., 18 Civ. 10159 (KFP)</u>

Dear Judge Failla:

  We represent Defendants in the above-referenced action. We write with the consent of counsel for Plaintiffs to request an adjournment of the Initial Pre-Trial Conference currently scheduled for February 21, 2019 at 2:30 p.m.

  This adjournment is requested because on Monday, February 11, 2019, Defendants timely filed a Third-Party Complaint impleading Third-Party Defendants Comunilife, Inc. and Unique People Services, Inc. based on the allegations set forth in Plaintiffs' Complaint. We are awaiting executed summonses from the Clerk of the Court and will promptly serve the Third-Party Defendants through the Secretary of State. Although counsel for Plaintiffs and Defendants have engaged in a Rule 26(f) Conference, the dates that counsel have agreed to in the Civil Case Management Plan and Scheduling Order will need to change to accommodate the schedule of the incoming Third-Party Defendants. Accordingly, counsel for both Plaintiffs and Defendants respectfully request that the February 21, 2019 Initial Pre-Trial Conference be adjourned for forty-five (45) days so that all parties can confer and agree upon the dates required for the Civil Case Management Plan.

  We previously requested an adjournment of the Initial Pre-Trial Conference (then scheduled for January 31, 2019) because Defendants had only recently been served with the Complaint. For reasons set forth herein, both parties respectfully request that the Initial Pre-Trial Conference be adjourned again.

  Thank you for your consideration of the parties' request.

              Respectfully submitted,

              *Loretta M. Gastwirth*

LMG:
cc: All Parties – **Via ECF**

874680-1