```
                    State of New York - Department of State
                               Receipt for Service

Receipt #:  201902140084                          Cash #: 201902140008
Date of Service:  02/14/2019                      Fee Paid: $40 - DRAWDOWN
Service Company:  30 DELANEY CORPORATE SERVICES LTD. - 30

Service was directed to be made pursuant to:  SECTION 306 OF THE
   NOT-FOR-PROFIT CORPORATION LAW

Party Served:  COMUNILIFE, INC.



Plaintiff/Petitioner:
          OCASIO, EMMA



Service of Process Address:
COMUNILIFE, INC.
462 SEVENTH AVENUE
3RD FL
NEW YORK,  NY 10018
                                                     Secretary of State
                                                        By  SUE ZOUKY
```

| | |
|---|---|
| AFFIDAVIT OF SERVICE<br>DELANEY CORPORATE SERVICES, LTD. | UPON SECRETARY OF<br>STATE OF NEW YORK<br>UNDER SECTION 306 OF |
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | THE NOT-FOR-PROFIT<br>CORPORATIONLAW |

EMMA OCASIO, ROBERT WHITE, SUZANNE
GUTHRIDGE, DUANNY ESCALANTE,
SERAFIN COLON,

Case No.: 18-CV-10159-KPF

                              Plaintiffs,

    -against-

1555 GRAND CONCOURSE LLC and LIDIA
MANAGEMENT CORP.,

                          Defendants.

1555 GRAND CONCOURSE LLC and LIDIA
MANAGEMENT CORP.,

                          Third-Party Plaintiffs,

    -against-

UNIQUE PEOPLE SERVICES, INC. and
COMUNILIFE, INC.,

                          Third-Party Defendants.

John Maloney being duly sworn, deposes and says that he is over the age of eighteen, resides in the State of New York, and is not a party to this action.

That on the 14th day of February, 2019 at 11:00 A.M. in the Office of the Secretary of State of the State of New York, in the City of Albany, New York, he served Summon on a Third-Party Complaint & Third-Party Complaint with Exhibits A to D which had endorsed thereon case number 18-CV-10159-KPF dated February 13, 2019

UPON:        **COMUNILIFE, INC.**

In this action, by delivering and leaving with Sue Zouky, White Female, Black Hair, Hazel Eyes, 50 Years Old, 5'4", 135lbs.

AN AUTHORIZED SECRETARY IN THE OFFICE OF THE SECRETARY OF STATE OF NEW YORK, TWO (2) TRUE COPIES THEREOF AND AT THE TIME OF MAKING SUCH SERVICE, DEPONENT PAID SAID SECRETARY OF STATE A FEE OF FORTY DOLLARS AND THAT SAID SERVICE WAS PURSUANT TO SECTION 306 OF THE NOT-FOR-PROFIT CORPORATION LAW.

Deponent further says, that he knew the person as aforesaid to be the Secretary duly authorized to accept such service on behalf of said Secretary of State, in the office of the Secretary of State of New York.

                                                                    John Maloney

Sworn and Subscribed
Before Me This
18th Day of February 2019

Lisa A. Delaney
Notary Public, State of New York
No. 01DE5019475
Commission Expires 10/25/2021