UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EMMA OCASIO, ROBERT WHITE, SUZANNE
GUTHRIDGE, DUANNY ESCALANTE,
SERAFIN COLON,

       Plaintiffs,

 -against-

1555 GRAND CONCOURSE LLC and LIDIA
MANAGEMENT CORP.,

       Defendants.
-------------------------------------------------------------------X
1555 GRAND CONCOURSE LLC and LIDIA
MANAGEMENT, INC.

       Third-Party Plaintiffs,

 -against-

UNIQUE PEOPLE SERVICES, INC. and
COMUNILIFE, INC.

       Third-Party Defendants.
-------------------------------------------------------------------X

Case No: 18-CV-10159-KPF

**NOTICE OF APPEARANCE**

  **PLEASE TAKE NOTICE**, that MOLOD SPITZ & DESANTIS, P.C., hereby appears in the above-entitled action for the third party defendant, **UNIQUE PEOPLE SERVICES INC.** and demands that copies of pleadings and all papers and documents previously served and served from this date forward, be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
   March 19, 2019

MOLOD SPITZ & DESANTIS, P.C.

**MOLOD SPITZ & DeSANTIS, P.C.**
Attorney(s) for Defendants
**UNIQUE PEOPLE SERVICES INC**
1430 Broadway, 21st Floor
New York, NY 10018
Tel: (212) 869-3200
Fax: (212) 869-4242
Our File: NIAG 489

By: *Alice Spitz*
ALICE SPITZ, ESQ.

TO:
Eugene Chen
BRONX LEGAL SERVICES
**Attorneys for Plaintiff**
369 East 148th Street, 2nd Floor
Bronx, NY 10455


Loretta Mae Gastwirth
MELTZER, LIPPE, GOLDSTEIN & BREISTONE, LLP
Attorneys for Defendant/ Third-Party Plaintiffs
1555 GRAND CONCOURSE, LLC and LIDIA MANAGEMENT CORP.
190 Willis Avenue
Mineola, New York 11501