UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT OF NEW YORK

| | |
|---|---|
| EMMA OCASIO, ROBERT WHITE, SUZANNE GUTHRIDGE, DUANNY ESCALANTE, SERAFIN COLON,<br><br>       Plaintiffs,<br><br>  -against-<br><br>1555 GRAND CONCOURSE LLC and LIDIA MANAGEMENT CORP.,<br><br>       Defendants. | Case No. 18-CV-10159-KPF |
| 1555 GRAND CONCOURSE LLC and LIDIA MANAGEMENT CORP.,<br><br>       Third-Party Plaintiffs,<br><br>  -against-<br><br>UNIQUE PEOPLE SERVICES, INC. and COMUNILIFE, INC.,<br><br>       Third-Party Defendants. | **NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT and COUNSELORS:**

Please take notice that the undersigned hereby appears as attorney for Third-Party Defendant, Comunilife, Inc., in the above captioned action, and demands that copies of all pleadings, papers, notices, and other communications relating to this action be served upon the undersigned.

Dated: New York, New York
       March 19, 2019

                                                **GOLDSTEIN HALL PLLC**
Attorney for Third-Party Defendant
*Comunilife, Inc.*
80 Broad Street, 3rd Floor
New York, New York 10004
(646) 768-4100
Bmarkowitz@goldsteinhall.com

By: _____
     Brian J. Markowitz (BM-9640)


To (VIA ECF):

Eugene Chen, Esq.
Bronx Legal Services
369 East 148th Street – 2nd Floor
Bronx, New York 10455
*Attorneys for Plaintiffs*

Loretta M. Gastwirth, Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, New York 11501
*Attorneys for Defendants and Third-Party Plaintiffs*

Alice Spitz, Esq.
Molod Spitz & DeSantis, P.C.
1430 Broadway, 21st Floor
New York, New York 10018
*Attorneys for Third-Party Defendant*
*Unique People Services*