# MOLOD SPITZ & DeSANTIS, P.C.

ATTORNEYS AT LAW
1430 BROADWAY, 21ST FLOOR
NEW YORK, NY 10018
PHONE (212) 869-3200   FAX (212) 869-4242

aspitz@molodspitz.com
www.molodspitz.com

**MEMO ENDORSED**

NEW JERSEY OFFICE*
35 JOURNAL SQUARE, SUITE 1005
JERSEY CITY, NJ 07306
(201) 795-5400

*REPLY TO NEW YORK OFFICE

March 20, 2019

**VIA ECF**
Honorable Katherine Polk Failla
U.S. District Court, S.D.N.Y.
40 Foley Square
New York, New York 10007

Re:   <u>Ocasio, et al. v. 1555 Grand Concourse LLC, et al., 18 Civ. 10159 (KFP)</u>

Dear Judge Failla:

We represent one of the Third Party Defendants, Unique Peoples Services Inc., in the above referenced action. We write with the consent of counsel for Plaintiffs and Defendant/Third Party Plaintiffs to request an adjournment of the Pre- Trial Conference currently scheduled for April 12, 2019. Third Party Defendant Comunilife, Inc. joins in this request.

This adjournment is requested because Third Party Defendants, Comunilife Inc. and Unique People Services, Inc. have just been served with the Third Party Complaint impleading the Third Party Defendants Comunilife, Inc. and Unique People Services, Inc. Although Counsel for Plaintiff and Defendants have engaged in Rule 26(f) Conference, the dates that counsel have agreed to in the Civil Case Management Plan and Scheduling Order will need to change to accommodate the schedule of the incoming Third Party Defendants. Accordingly, counsel for both Plaintiffs and Defendants/Third Party Plaintiffs and Third Party Defendants respectfully request that the April 12, 2019 Pre-Trial Conference be adjourned for forty-five (45) days so that all parties can confer and agree upon the dates required for the Civil Case Management Plan.

I understand that the parties to the main action previously requested two adjournments of the Initial Pre-Trial Conference. The first was because defendants were only recently served. The second was to allow for service of the third party complaints and their time to respond. For reasons set forth herein, all parties respectfully request that the Pre Trial Conference be adjourned again.

Thank you for your consideration of the parties' request.

MOLOD SPITZ & DESANTIS, P.C.

Respectfully Submitted,

*Alice Spitz*
―――――――――――
Alice Spitz

Cc:

Eugene Y. Chen
Staff Attorney
Bronx Legal Services
369 East 148th Street, 2nd Floor
Bronx, NY 10455

Loretta Gastwirth, Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501

Brian Markowitz
Goldstein Hall PLLC
80 Broad Street, Suite 303
New York, NY 10004

```
Application GRANTED.  The initial pretrial conference previously
scheduled for April 12, 2019, is hereby ADJOURNED until May 30,
2019, at 11:00 a.m.

 Dated:     March 20, 2019            SO ORDERED.
            New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE