

Client Focused. Results Driven.

Brian J. Markowitz
(646) 768-4127
Bmarkowitz@GoldsteinHall.com

March 27, 2019

**VIA ECF**
Honorable Katherine Polk Failla
U.S. District Court, S.D.N.Y.
40 Foley Square
New York, New York 10007

Re: <u>**Ocasio, et al. v. 1555 Grand Concourse LLC, et al., 18 Civ. 10159 (KFP)**</u>

Dear Judge Failla:

The undersigned represents Third-Party Defendant, Comunilife, Inc. ("Comunilife") in the above-referenced action. I write with the consent of counsel for Plaintiffs, Defendants and Third-Party Defendant, Unique People Services, Inc. to respectfully request an adjournment of time to submit Comunilife's answer or otherwise move regarding the Third-Party Complaint, to April 17, 2019.

This adjournment is requested because Comunilife was served with the Third-Party Summons & Complaint on February 22, 2019, and we were only recently engaged by our client. The firm needs additional time to prepare Comunilife's response to the Third-Party Complaint. A Pre-Trial Conference was originally scheduled for February 21, 2019, rescheduled to April 12, 2019, and has been recently granted an adjournment by the Court, upon consent of all parties, to May 30, 2019. The extension of Comunilife's time to answer is the first such request with respect to Comunilife and shall not otherwise negatively affect the Pre-Trial Conference dates previously set by the Court.

Thank you for your consideration of my request.

Respectfully submitted,

Brian J. Markowitz

Cc: All Parties – Via ECF