

55 Broadway, Suite 405
New York, NY 10006
P | 347.745.0375
E | peter@richterrestrepo.com

\*\* Reginald J. Richter, Esq.
\*\* Juan C. Restrepo, Esq.
\*\* Peter M. Rivera, Esq.
\*\* Eoin (Owen) O'Mahony, Esq.

--members of the N.Y. and D.C. bars--

July 25, 2019

**VIA - ECF**

Honorable Katherine Polk Failla
U.S. District Court, S.D.N.Y.
40 Foley Square
New York, New York 10007

      Re:  Ocasio, et al. v. 1555 Grand Concourse LLC, et al., 18 Civ. 10159 (KFP)

Dear Judge Failla:

    The law firm of Richter Restrepo PLLC has been engaged by Third-Party Defendant, Comunilife, Inc. to be substituted as counsel in this action. We write with the consent of Comunilife, Inc. and prior counsel, Brian J. Markowitz, Esq. of Goldstein Hall PLLC, attached herein for your approval.

    We respectfully request that all papers in this action be served upon the undersigned. Thank you for your consideration of this request.

                                  Respectfully Submitted,

                              By: _____
                                  Peter M. Rivera
                                  Richter Restrepo PLLC
                                  Attorneys for Third-Party Defendant
                                  *Comunilife, Inc.*
                                  55 Broadway, Suite 405
                                  New York, NY 10006

Cc: **VIA ECF**

Eugene Y. Chen, Esq.
Staff Attorney
Bronx Legal Services
369 E. 148th Street, 2nd Floor
Bronx, NY 10455

Loretta Gastwirth, Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501

Alice Spitz, Esq.
Molod Spitz & Desantis, P.C.
1430 Broadway, 21st Floor
New York, NY 10018

Brian Markowitz, Esq.
Goldstein Hall PLLC
80 Broad Street, Suite 303
New York, NY 10004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
EMMA OCASIO, ROBERT WHITE, SUZANNE
GUTHRIDGE, DUANNY ESCALANTE,
SERAFIN COLON,

Case No. 18-CV-10159-KPF

Plaintiffs,

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

-against-

1555 GRAND CONCOURSE LLC and LIDIA
MANAGEMENT CORP.

Defendants,
----------------------------------------------------------- X
1555 GRAND CONCOURSE LLC and LIDIA
MANAGEMENT CORP.

Third-Party Plaintiffs,

-against-

UNIQUE PEOPLE SERVICES, INC. and
COMUNILIFE, INC.,

Third-Party Defendants.
----------------------------------------------------------- X

Notice is hereby given that, subject to approval by the court, Third-Party Defendant, Comunilife, Inc., substitutes Peter M. Rivera, State Bar No. 4452652, of Richter Restrepo PLLC, as counsel of record in place of Brian J. Markowitz of Goldstein Hall PLLC.

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Richter Restrepo PLLC |
| Address: | 55 Broadway, Suite 405<br>New York, New York 10006 |
| Phone Number: | (347) 745-0375 |
| Email: | Peter@RichterRestrepo.com |

I consent to the above substitution:

Date: 7/15/2019

_____
Michael ODonnell
Comunilife, Inc.

I consent to the above substitution:

Date: 7/15/19

_____
Peter M. Rivera
Incoming Attorney

I consent to being substituted:

Date: 7/24/19

_____
~~Brian J. Markowitz~~
Outgoing Attorney
Goldstein Hall PLLC
DAVID Goldster

The substitution of attorney is hereby approved and so ORDERED:

Date: _____

_____
Judge