UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
EMMA OCASIO, ROBERT WHITE, SUZANNE
GUTHRIDGE, DUANNY ESCALANTE,      Case No. 18-CV-10159-KPF
SERAFIN COLON,

                              Plaintiffs,

            -against-      **CONSENT ORDER GRANTING**
                                          **SUBSTITUTION OF ATTORNEY**

1555 GRAND CONCOURSE LLC and LIDIA
MANAGEMENT CORP.

                              Defendants.
------------------------------------------------------------ X
1555 GRAND CONCOURSE LLC and LIDIA
MANAGEMENT CORP.
                       Third-Party Plaintiffs,

            -against-

UNIQUE PEOPLE SERVICES, INC. and
COMUNILIFE, INC.,

                       Third-Party Defendants.
------------------------------------------------------------ X

        Notice is hereby given that, subject to approval by the court, Third-Party Defendant, Comunilife, Inc., substitutes Peter M. Rivera, State Bar No. 4452652, of Richter Restrepo PLLC, as counsel of record in place of Brian J. Markowitz of Goldstein Hall PLLC.

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Richter Restrepo PLLC |
| Address: | 55 Broadway, Suite 405<br>New York, New York 10006 |
| Phone Number: | (347) 745-0375 |
| Email: | Peter@RichterRestrepo.com |

I consent to the above substitution:

Date: 7/15/2019

Michael ODonnell
Comunilife, Inc.

I consent to the above substitution:

Date: 7/15/19

Peter M. Rivera
Incoming Attorney

I consent to being substituted:

Date: 7/24/19

Brian J. Markowitz
Outgoing Attorney
Goldstein Hall PLLC
DAVID Goldster

Application GRANTED. The Clerk of Court is directed to substitute Mr. Rivera for Mr. Markowitz on the docket.

Dated:    July 25, 2019
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE