**MEMO ENDORSED**



October 25, 2019

The Honorable Katherine Polk Failla
Judge of Southern District of New York
United States Courthouse
500 Pearl Street
New York NY 10007

**Re: Emma Ocasio et al. v. 1555 Grand Concourse LLC et al.; 18-cv-10159-KPF**

Dear Judge Failla,

We are writing to inform the court that we have learned from both Third-Party Defendant Comunilife and the family and friends of Plaintiff Suzanne Guthridge that Ms. Guthridge passed away on or around October 22, 2019.

Fair Housing Act claims survive the death of a plaintiff.  *Revock v. Cowpet Bay West Condominium Association*  853 F.3d 96 (3rd Cir. 2017).  Pursuant to F.R.C.P. 25(a) if a party dies and the underlying claim is not extinguished, a motion for substitution may be made within 90 days.

We respectfully request 90 days for Ms. Guthridge's successors or representatives to have an opportunity to file a motion to substitute into this action.  We also note that there are four other plaintiffs in this action and pursuant to this court's Case Management Plan and Scheduling Order the close of fact discovery is December 4, 2019.  In addition, Defendants have served an Offer of Judgment.

Respectfully submitted,

/s/ Carolyn M. Norton

Carolyn M. Norton
Johanna Ocaña
Eugene Y. Chen
Edward Josephson
BRONX LEGAL SERVICES
369 East 148th Street, 2nd Floor
Bronx NY 10451
718-928-3711
cnorton@lsnyc.org
*Attorneys for Plaintiffs*

```
Application GRANTED.  The Court extends its sincere condolences to Ms.
Guthridge's family and friends on Ms. Guthridge's passing.  Counsel
is hereby given until January 23, 2020, to file a motion of
substitution regarding Ms. Guthridge's claims.

Dated:     October 28, 2019             SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

**Bronx Legal Services**
**349 East 149th Street, 10th floor   Bronx, NY  10451**
**Phone: (718) 928-3700 Fax: (718) 292-2857 (10th Floor) Fax: (718) 402-7586 (9th Floor)**
**Fax: (718) 292-8715 (7th Floor) Fax: (718) 292-7963 (5th Floor) Fax: (718) 292-7105 (4th Floor)**
**www.Bronx.LegalServicesNYC.org**
**Marie Richardson, Interim Project Director**
**Joseph P. Moodhe, Board Chair**