```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
EMMA OCASIO, et al.,                                             :
                                                                 :
                              Plaintiffs,                        :
                                                                 :        18-cv-10159 (LJL)
         -v-                                                     :
                                                                 :        ORDER
                                                                 :
1555 GRAND CONCOURSE LLC, LIDIA                                  :
MANAGEMENT CORP.                                                 :
                                                                 :
                              Defendants.                        :
                                                                 X
---------------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

     The Court is in receipt of the Parties' briefing with respect to Plaintiffs' request for discovery pertaining to non-parties to the action, including information or materials concerning leases, rents, and vacancies in the building at issue (see Dkt. Nos. 68, 69). It is hereby ORDERED that Defendants produce all non-privileged responsive materials in this category (including supplemental responses to Plaintiffs' interrogatories 9, 10, 11, and 12, and compliance with Plaintiffs' requests for production 10, 11, 12, 18, and 19), subject to the condition that names of non-party individuals (but not corporate entities) must be redacted and replaced by initials.

     SO ORDERED.

Dated: March 9, 2020  
New York, New York

                                               LEWIS J. LIMAN  
                                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2020