UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
EMMA OCASIO, ROBERT WHITE,
SUZANNE GUTHRIDGE, DUANNY
ESCALANTE, SERAFIN COLON,

Case No. 18-cv-10159-LJL

    Plaintiffs,

  -against-

**NOTICE OF WITHDRAWAL**

1555 GRAND CONCOURSE LLC and LIDIA
MANAGEMENT CORP.,

    Defendants.
----------------------------------------------------------X
1555 GRAND CONCOURSE LLC and LIDIA
MANAGEMENT CORP.,

    Third-Party Plaintiffs,

  -against-

UNIQUE PEOPLE SERVICES, INC. and
COMUNILIFE, INC.,

    Third-Party Defendants.
----------------------------------------------------------X

  **PLEASE TAKE NOTICE** that Stephanie Suarez, Esq., is no longer associated with Meltzer, Lippe, Goldstein & Breitstone, LLP as of April 1, 2020, and hereby withdraws as counsel for Defendants and Third-Party Plaintiffs, 1555 Grand Concourse LLC and Lidia Management Corp. in the above referenced action.

Dated: Mineola, New York
   April 1, 2020

        Respectfully submitted,

        **MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
        By: */s/ Jonathan D. Farrell*
          Jonathan D. Farrell, Esq.
          *Attorney for 1555 Grand Concourse LLC and*
          *Lidia Management Corp.*
          190 Willis Avenue
          Mineola, New York 11501
          (516) 747-0300
          JFarrell@meltzerlippe.com

1004465.1